UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| TAG/ICIB SERVICES, INC., as agent of TRAILER BRIDGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM VELAZQUEZ, his wife JANE DOE, and the Conjugal Partnership constituted by them, d/b/a BALBOA AUTO SALES, <br><br> Defendants. | Civil No. 98-2096 (JAF) |

**O R D E R**

The plaintiff will show cause as to why this case should not be dismissed without prejudice for lack of diligent prosecution. **Ten (10) calendar days are granted from the date of issuance of this order.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th of October, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge



AO 72
(Rev 8/82)