UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC., as
agent of TRAILER BRIDGE, INC.,

    Plaintiff,

v.

WILLIAM VELAZQUEZ, et al.,

    Defendants.

Civil No. 98-2096 (JAF)

## J U D G M E N T

Judgment is entered on Plaintiff's "Notice of Dismissal," filed October 22, 1999, <u>Docket Document No. 5</u>. This case is now dismissed without prejudice.

San Juan, Puerto Rico, this 25th day of October, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)