## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



TAC/ICIB SERVICES, INC, as
agent for TRAILER BRIDGE, INC.



VS.

CIVIL NO. 98-2096 (JAF)

WILLIAM VELAZQUEZ, ET AL

---

### DESCRIPTION OF MOTION

DATE FILED: 10/29/99   DOCKET #: 7   TITLE: MOTION by TAG/ICIB Services, Trailer Bridge, Inc. for Carlos C. Santiago to Withdraw as Attorney

[X] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER:

---

3/14/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE